# EXHIBIT B-2

**HUNTON ANDREWS KURTH LLP**
EMILY BURKHARDT VICENTE (State Bar No. 263990)
ebvicente@HuntonAK.com
SONYA D. GOODWIN (State Bar No. 281005)
sgoodwin@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: 213 • 532 • 2000
Facsimile: 213 • 532 • 2020

Attorneys for Defendants
CINEMARK USA, INC. and
CENTURY THEATRES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MADISON KLEINE, an individual, | Case No.: 5:18-CV-2425 |
| Plaintiff, | **DECLARATION OF SCOTT GREEN** |
| vs. | |
| CINEMARK USA, INC., a Texas corporation; CENTURY THEATRES, INC., a California corporation; and DOES 1 THROUGH 10, inclusive | Complaint Filed: September 28, 2018 |
| Defendants. | |

# DECLARATION OF SCOTT GREEN

I, Scott Green, declare:

1. I am over the age of twenty-one, and if called upon to testify as a witness in this matter, I could and would competently testify as to the matters set forth below, of which I have personal knowledge.

2. I am employed by Cinemark, USA, Inc. ("Cinemark") as a General Manager at Cinemark's Jess Ranch theatre (#1042), located at 18935 Bear Valley Road, Apple Valley, CA 92308. As the General Manager, I am responsible for the overall operation of the theatre and for supervising the employees who work within the theatre.

3. I have worked for Cinemark since 1998, and have been the General Manager at the Jess Ranch theatre for about six years. Based on my employment history with Cinemark, and my job duties as General Manager, I have knowledge of the facts stated below.

4. Cinemark was incorporated in the State of Texas, and has its headquarters and principal place of business in Plano, Texas. Cinemark's high-level officers and executives direct, control, and coordinate Cinemark's operations from its corporate office in Plano, Texas.

5. In approximately October 2006, Cinemark acquired Century Theatres, Inc., including the theatres that Century operated in California prior to the acquisition. Theaters that Cinemark acquired through the Century-acquisition continue to do business under the Century Theatres name.

6. The Jess Ranch theatre opened for business on May 1, 2009. It is wholly owned and operated by Cinemark and is branded as a Cinemark theatre. *See* https://www.cinemark.com/southern-california/cinemark-jess-ranch#theatreInfo

7. The Jess Ranch theatre has never been owned or operated by Century Theatres, nor has it ever been branded as a Century Theatre.

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

8. Since it was opened by Cinemark (not Century), the theatre building has always been leased by Cinemark, and the theatre has always operated as a Cinemark theater. Attached hereto as **Exhibit 1** is a true and correct copy of redacted excerpts of the lease for the Jess Ranch theatre, showing that the lease is in the name of Cinemark, not Century.

9. All of the employees who work (or have worked) at the Jess Ranch theatre, including Ms. Kleine, are employed by Cinemark. None of the employees assigned to the Jess Ranch theatre are employed by Century Theatres.

10. In my job as General Manager for Cinemark's Jess Ranch theatre, I have access in the regular course of business to the personnel files of employees who work at that theatre. I also have access to pay information, including the hourly wage rates for the Usher and Shift Leader positions at the Jess Ranch theatre. Based on my own personal knowledge and review of these records, I am competent to testify to the matters that follow.

11. Madison Kleine was employed by Cinemark. She was never employed by Century Theatres. Ms. Kleine was hired by Cinemark on or about March 2, 2016, to work as an Usher at the Jess Ranch theatre. I was General Manager of the Jess Ranch theatre from the time Ms. Kleine was hired and throughout her employment until she resigned in or around October 5, 2017.

12. Since Ms. Kleine was hired, Cinemark in the only entity that paid her wages for her work at the theatre. Attached hereto as **Exhibit 2** is a true and correct copy of Ms. Kleine's most recent wage statement from Cinemark, redacted for confidentiality.

13. Attached hereto as **Exhibit 3** are true and correct copies of documents contained in Ms. Kleine's personnel file that show Cinemark is her employer, which are redacted for confidentiality. These documents include Plaintiff's new hire form, Plaintiff's Employee Agreement, Plaintiff's Employee Guidelines Acknowledgement, and Plaintiff's Employee Notification Confirmation.

14. Plaintiff resigned from her job with Cinemark on or about October 5, 2017. At the time of her separation, she was working between 25 – 35 hours per week and was earning $10.860 per hour.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13 day of November, 2018 at 3:51pm.

Scott Green
DECLARATION OF SCOTT GREEN

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

Ex. B-2

# EXHIBIT 1

Ex. B-2
REMOVAL000125

# L E A S E

**LANDLORD**: WRI ALLIANCE RILEY VENTURE III, a Texas joint venture and general partnership

**TENANT:** CINEMARK USA, INC., a Texas corporation

TABLE OF CONTENTS



i

LANDLORD

APPLE VALLEY (CA) LEASE

Lease_FINAL

TENANT          Ex. B-2

REMOVAL000126



ii

APPLE VALLEY (CA) LEASE

Lease_FINAL

LANDLORD _R_

TENANT ____

Ex. B-2

REMOVAL000127

# LEASE

**THIS LEASE** ("**Lease**") is made and entered into as of the Effective Date (as defined in Article XLIV below), by and between **WRI ALLIANCE RILEY VENTURE III**, a Texas joint venture and general partnership ("**Landlord**"), and **CINEMARK USA, INC.**, a Texas corporation ("**Tenant**").

WITNESSETH:

WHEREAS, Landlord is the owner of land in the Town of Apple Valley, San Bernardino County, California, upon which it is constructing a shopping center known as the Jess Ranch Marketplace – Phase 3 ("**Shopping Center**"), which land is more particularly described by metes and bounds in Exhibit "A" (the "**Land**"). A site plan of the Land is shown on Exhibit "B" attached hereto, including the portion of the Land (approximately 40,000 square feet) to be demised to Tenant. Exhibit "C" is the Construction Rider. The Land and Shopping Center are presently zoned to permit the construction and operation of a twelve (12) screen auditorium theatre building (and fourteen (14) screens if Tenant elects to expand into the Expansion Area, as defined in Section 3.9 below) together with the uses permitted herein; and

WHEREAS, Tenant may construct a theatre building (the "**Theatre**") and Landlord has agreed to lease the Theatre and a portion of the Land to Tenant herein for the period, at the rental and upon the terms hereinafter provided.

NOW, THEREFORE, Landlord and Tenant covenant and agree as follows:



1

APPLE VALLEY (CA) LEASE

Lease_FINAL

LANDLORD

TENANT

Ex. B-2

REMOVAL000128

# EXHIBIT 2

Ex. B-2
REMOVAL000129

Cinemark USA, Inc. 5496
3900 Dallas Parkway
Plano, TX 75093

Check Date 10/09/2017

VOID VOID VOIDVOID VOID VOIDVOID VOID

Pay to the order of
Madison E Kleine

Net Pay

Non-Negotiable

| Name | SSN | Emp ID | Process Level | Dept | Period Start | Period End |
|---|---|---|---|---|---|---|
| Madison E Kleine | | 228993 | CUSA | 1042 | 09/29/2017 | 10/12/2017 |

Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | | | |
| Total Deductions | | | |
| Total Net | | | |

Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bonus | | | | |
| Calculated Split Shift | | | | |
| Holiday Worked | | | | |
| Overtime | | | | |
| Regular Hourly | | 10.860 | | |
| Sick | | | | |
| Sick Average Rate | | | | |

Deductions

| Description | Current | Year to Date |
|---|---|---|
| Federal Income Tax | | |
| Social Security EE | | |
| Medicare EE | | |
| California State | | |
| California Disability | | |

Accruals

| Description | Balance | Note |
|---|---|---|
| Sick | | |

Ex. B-2
REMOVAL000130

Ex. B-2

# EXHIBIT 3

Ex. B-2
REMOVAL000131



## Cinemark New Hire Form

Created by Sheena Nelson, T-AM from 1042

| | |
|---|---|
| Theatre No: | 1042 |
| First Name: | Madison |
| Middle Init | E |
| Last Name | Kleine |

*Name must match the name on Social Security card

| | |
|---|---|
| SSN: | ▮▮▮▮▮ |
| Emp Status | Part Time |
| Hire Date | 03/02/2016  mm/dd/yyyy |
| Job Code | USHER |
| Pay Rate | 10.00 |
| Tipped | Not a tipped employee |
| Birthdate | ▮▮▮  mm/dd/yyyy |
| Email Address | ▮▮▮ |
| Marital Status | ▮▮▮ |
| Gender | Female |
| Ethnicity | White |
| Disability | ▮▮▮ |
| Address 1 | ▮▮▮ |
| Address 2 | ▮▮▮ |
| City | ▮▮▮ |
| County | ▮▮▮ |
| State | CA |
| Zip Code | ▮▮▮  Five digits only |
| Phone Number | ▮▮▮  Format as 000-000-0000 |
| PSD Code | ( ) PA State Only |
| Is a Rehire? | ☐ (check if the employee is a rehire) |

Validate Input

You have to validate input before saving data

Ex. B-2
REMOVAL000132

## Employment Agreement

The purpose of this agreement is to set out the basic elements of the agreement between the parties whereby the employee, an employee of CINEMARK USA and CINEMARK agrees to employ the individual on terms and conditions established herein.

The employee will initially be employed for an initial training and review period which will not exceed ninety (90) days. Cinemark's employment of the employee is based on his/her ability to perform the essential functions of those tasks assigned to him/her. Termination will result, if, during this initial training and review period, there is an indication the above-named employee does not possess the required knowledge, skills and/or abilities to perform the essential functions of the job for which he/she was hired.

It is further understood by the employee that his/her employment with Cinemark is at will and unless otherwise prohibited by the law of the state in which this employment occurs, may be terminated at any time for any reason by Cinemark or the above-named employee. Furthermore, it is understood by the above-named that during employment or upon termination all salary, commission, or other types of pay owed by Cinemark will be paid from the Payroll Department according to state and federal guidelines. Under no circumstance is any type of pay to be taken from the theater proceeds or petty cash.

☑ I, *Madison Kleine (Employee ID 228993)*, acknowledge on 3/2/2016 that I have read the policy and understand my responsibilities under it.

## Cinemark Safety, Security and Crowd Management Training Videos Acknowledgement

I acknowledge that I have viewed the Cinemark Safety, Security & Crowd Management Training videos. I understand all areas within the videos and will do my part to ensure that Security and Safety practices are upheld throughout the building. I also acknowledge that it is not only my job, but is also my responsibility to ensure safety comes first. Should I have any questions or concerns, I will address them with the Management staff.

Areas within the video are:

On the Job Safety
Piracy
Safe Open/Close Procedures
Customer Injury
Disruptive Customers
Box Office Robbery
Anonymous Reporting (Convercent)
Managers Office Robbery
Crowd Management Training
PCI Employee Training

☑ I, *Madison Kleine (Employee ID 228993)*, acknowledge on 3/2/2016 that I have viewed this video and understand my responsibilities under each category.

## Employee Guidelines Acknowledgement

The CINEMARK EMPLOYEE GUIDELINES (9th edition) (the "Employee Guidelines") is simply a statement of company policy and should not be construed in any way to be terms of an employment contract.

I agree to remain familiar with CINEMARK EMPLOYEE GUIDELINES and to follow it during my employment with Cinemark. I further understand it may be amended at any time. In that case, changes will be communicated to me.

I acknowledge that I have access to and have read the CINEMARK EMPLOYEE GUIDELINES (9th edition) dated July 30, 2015.

☑ I, *Madison Kleine (Employee ID 228993)*, acknowledge on 3/2/2016 that I have read and received a copy of the edition mentioned above.

Ex. B-2
REMOVAL000133

# Select one of these forms

**Liberty Mutual Group MPN**
**Form B - Employee Notification Confirmation**

In order to confirm that you have received appropriate notification regarding the Liberty Mutual Group Medical Provider Network (MPN) please complete and sign the attached form. This form <u>must</u> be returned to your employer at the time you first receive employee notification information about the MPN. This may occur at the time of your employer's MPN presentation, at the time of hire, at the time of your report of injury or at the time you transfer into the MPN.

_Madison Kline_          3-3-16
(Employee Signature)          (Date)

Madison    E.   Kleine
(Print Employee Full Name)

Cinemark
(Name of Employer)

Any person who makes or causes to be made any knowingly false, or fraudulent material statement or material representation for the purposes of obtaining or denying workers' compensation benefits or payments is guilty of a felony.

---

Con el fin de confirmar que usted ha recibido la notificación adecuada acerca de la Red de Profesionales de Servicios Médicos del Grupo Liberty Mutual (MPN) (*Liberty Mutual Group Medical Provider Network* (MPN)) por favor llene y firme la forma adjunta. Esta forma <u>debe</u> ser entregada a su empleador al momento en que reciba información de la notificación para empleados acerca de la MPN. Esto puede ocurrir al momento de la presentación de la MPN de su empleador, al momento de la contratación, al momento de su reporte de lesión o al momento de su traslado a la MPN.

_____      Fecha
(Firma del empleado)

Madison    E.   Kleine
(Nombre firma completo)

Cinemark
(Nombre del empleador)

Cualquier persona que hace o provoca conscientemente cualquier declaración o representación material falsa o fraudulenta para propósitos de obtener o de negar los beneficios de compensación o pagos de los trabajadores es culpable de un delito grave.

Ex. B-2
REMOVAL000134