# EXHIBIT D

**HUNTON ANDREWS KURTH LLP**
EMILY BURKHARDT VICENTE (State Bar No. 263990)
ebvicente@HuntonAK.com
SONYA D. GOODWIN (State Bar No. 281005)
sgoodwin@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: 213 • 532 • 2000
Facsimile: 213 • 532 • 2020

Attorneys for Defendant
CINEMARK USA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MADISON KLEINE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CINEMARK USA, INC., a Texas corporation; NICHOLAS STONER, an individual; and DOES 1 THROUGH 10, inclusive<br><br>Defendants. | Case No.: 5:18-CV-02425 DMG (SHKx)<br><br>**DECLARATION OF SONYA D. GOODWIN IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C §§ 1332, 1441, AND 1446 (DIVERSITY JURISDICTION)**<br><br>[Filed Concurrently with Notice of Removal, Civil Cover Sheet, Corporate Disclosure Statement, Notice of Interested Parties, Notice of Consent of Nicholas Stoner, Compendium of Evidence, and Declaration of Scott Green]<br><br>First Amended Complaint Filed: April 29, 2019 |

## DECLARATION OF SONYA D. GOODWIN

I, Sonya D. Goodwin, declare:

1. I am an attorney admitted to practice before all courts in California and an associate with the law firm of Hunton Andrews Kurth LLP, counsel of record for Defendant Cinemark USA, Inc. ("Cinemark") in the above-captioned litigation. I have personal knowledge of the facts stated herein, and if called upon to do so, could and would testify competently thereto.

2. On June 18, 2019, I spoke by phone with Plaintiff's counsel, John Tomberlin, Jr., wherein Mr. Tomberlin informed me that Nicholas Stoner lived in Rock Island, Tennessee and was served with the First Amended Complaint in Tennessee.

3. On July 9, 2019, my office retrieved a copy of the Proof of Service of Summons to Mr. Stoner from the court docket.

4. On July 16, 2019, I spoke with Mr. Stoner via telephone. Mr. Stoner confirmed that he resided in Rock Island, Tennessee with his parents. He stated that he currently has no plans to move out of Tennessee and intends to stay in Tennessee for the foreseeable future. Mr. Stoner also informed me that he intends to obtain a Tennessee driver's license in the near future, and that he works at a restaurant in Rock Island, Tennessee.

5. During the call on July 16, 2019, Mr. Stoner told me that he was served with the First Amended Complaint while he was in Tennessee. Mr. Stoner also told me that he consented to removal of this case to federal court.

6. On June 6, 2019, my colleague, Emily Burkhardt Vicente, took the first session of Plaintiff Madison Kleine's deposition at Hunton Andrews Kurth LLP's Los Angeles office, located at 550 S. Hope Street, Suite 2000, Los Angeles, California 90071. During the deposition, Ms. Kleine was represented by Mr. Tomberlin. The deposition was recorded by a certified court reporting agency and my office received from the court reporting agency a certified copy of the deposition

1
DECLARATION OF SONYA D. GOODWIN                                  Ex. D

transcript. True and correct copies of relevant excerpts of Plaintiff's deposition transcript is attached to the Compendium of Evidence ("COE") as **Exhibit D-1**.

7. On or about February 22, 2019, Plaintiff served responses to Cinemark's Special Interrogatories, Set One. A true and correct copy of Plaintiff's Responses to Cinemark's Special Interrogatories, Set One, is attached to the COE as **Exhibit D-2.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 17th day of July, 2019, at Los Angeles, California.

By: _/s/ Sonya D. Goodwin_
Sonya D. Goodwin

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627