**HUNTON ANDREWS KURTH LLP**
EMILY BURKHARDT VICENTE (State Bar No. 263990)
ebvicente@HuntonAK.com
SONYA D. GOODWIN (State Bar No. 281005)
sgoodwin@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  213 • 532 • 2000
Facsimile:  213 • 532 • 2020

Attorneys for Defendant
CINEMARK USA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MADISON KLEINE, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>CINEMARK USA, INC., a Texas corporation; NICHOLAS STONER, an Individual; and DOES 1 THROUGH 10, inclusive<br><br>    Defendants. | Case No.:<br><br>[Removal from San Bernardino County Superior Court Case No. CIVDS1825602]<br><br>**NOTICE OF CONSENT BY DEFENDANT NICHOLAS STONER TO DEFENDANT CINEMARK USA, INC.'S NOTICE OF REMOVAL**<br><br>[Filed Concurrently with Civil Cover Sheet, Notice of Removal, Corporate Disclosure Statement, Notice of Interested Parties, and Compendium of Evidence]<br><br>First Amended Complaint Filed: April 29, 2019 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that, without waiving any of its defenses or any other rights, and to the extent the Court construes the notice filed today by Defendant Cinemark USA, Inc. ("Cinemark") as an independent notice of removal requiring the consent of all defendants under 28 U.S.C. § 1446(b)(2)(A), Cinemark's counsel has been informed Defendant Nicholas Stoner consents to Cinemark's Notice of Removal, and to the removal of this Action from the Superior Court for the State of California, County of San Bernardino, to the United States District Court for the Central District of California.

Counsel for Defendant Cinemark USA, Inc. spoke with Mr. Stoner on or about July 16, 2019. As avowed in defense counsel's declaration filed in support of Cinemark's Notice of Removal, Mr. Stoner indicated he consents to Cinemark's removal of this Action to federal court. (Declaration of Sonya D. Goodwin ¶ 5.)

DATED: July 18, 2019                          **HUNTON ANDREWS KURTH LLP**

                                              By:  /s/ Emily Burkhardt Vicente
                                                Emily Burkhardt Vicente
                                                Sonya D. Goodwin
                                              Attorneys for Defendant
                                              CINEMARK USA, INC.

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is 50 California Street, Suite 1700, San Francisco, CA 94111.

On **July 18, 2019**, I served the following interested parties in this action with the foregoing document(s) described as:

**NOTICE OF CONSENT BY DEFENDANT NICHOLAS STONER TO DEFENDANT CINEMARK USA, INC.'S NOTICE OF REMOVAL**

☑    **By MAIL:** by placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as stated above.

| | |
|---|---|
| David P. Myers<br>Ann Hendrix<br>John M. Tomberlin, Jr.<br>THE MYERS LAW GROUP, A.P.C.<br>9327 Fairway View Place, Ste. 100<br>Rancho Cucamonga, CA 91730<br>Tel: 909.919.2027<br>Fax: 888.375.21.02 | Nicholas Stoner<br>779 Bone Cave Rd.<br>Rock Island, TN 38581<br><br>*Defendant, Pro Per* |

*Attorney for Plaintiff Madison Kleine*

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **July 18, 2019**, at San Francisco, California

_____
Jolie F. Ocampo